FILED
2010 May-05  PM 04:53
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **DR. ALBERT WHITE, JR., et al.,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | **CIVIL ACTION NO.** |
| ) | **CV-10-BE-0166-S** |
| **BLUE CROSS AND BLUE SHIELD OF** ) | |
| **ALABAMA, et al.,** ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEARANCE

Notice is hereby given that Daniel E. Harrell with the firm Balch & Bingham LLP is entering his appearance in this matter for Defendants Blue Cross and Blue Shield of Alabama, Cahaba Government Benefits Administrators, LLC, and Cahaba Safeguard Administrators, LLC. It is requested that all pleadings, notices, orders, discovery, correspondence, memoranda, documents, and things be served upon the undersigned.

Dated:  May 5, 2010.

 /s/ Daniel E. Harrell
One of the Attorneys for Defendants Blue Cross and Blue Shield of Alabama, Cahaba Government Benefits Administrators, LLC, and Cahaba Safeguard Administrators, LLC

**OF COUNSEL**:
Cavender C. Kimble
Email: ckimble@balch.com
Lisa J. Sharp
Email: lsharp@balch.com
Daniel E. Harrell
Email: dharrell@balch.com
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, Alabama 35201-0306
Telephone:  (205) 251-8100

1097956.1

Facsimile: (205) 226-8799

1097956.1

**CERTIFICATE OF SERVICE**

      I herby certify that on this 5th day of May, 2010, I have filed the above and foregoing with the Clerk of the Court via the CM/ECF electronic service system, which will send notification to the following counsel of record:

Donnis Cowart
2132 McFarland Blvd. E.
Suite A
Tuscaloosa, AL  35405

Al Jones
THE LAW OFFICES OF ATTORNEY AL JONES
  & ASSOCIATES, P.C.
535 Jack Warner Parkway, NE
Suite I-2
Tuscaloosa, AL  35404

      /s/ Daniel E. Harrell
      Of Counsel

1097956.1