# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| DR. ALBERT WHITE, JR., et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | CV-10-BE-0166-S |
| BLUE CROSS AND BLUE SHIELD ) | |
| OF ALABAMA, et al., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEAL

Comes now the Plaintiff, by and through his undersigned Attorneys of Record and acknowledges to the Court the desire to have this case reheard on appeal by the Appellate Court of the 11th Circuit of the United States District Court.

Dated this the **26th** date of **August**, 2010.

/s/Al Jones_____
Al Jones
Donnis Cowart
Attorneys For Dr. Albert White, Jr.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing notice has been served upon opposing counsel by ECF filing as allowed by the United States District Court of Alabama, Northern District, Western Division and the Administrative Office of the Court of Alabama.

Dated this the **26th** day of **August**, 2010.

Jason B. Tompkins
Cavender C. Kimble
Lisa J. Sharp
Balch & Bingham LLP
P.O. Box 306
Birmingham, Alabama 35201-0306

1

<u>/s/ Al Jones</u>